IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DENISE L. FERRO                                                                                           PLAINTIFF

    V.                                           NO.  10-2190

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this August 3, 2012.

                                          */s/ J. Marschewski*
                                          HONORABLE JAMES R. MARSCHEWSKI
                                          Chief United States Magistrate Judge

+